# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| **Meredith Evans, individually and on behalf of a class of all persons and entities similarly situated**<br><br>*Plaintiff*<br><br>v.<br><br>**Grand Canyon Education Inc.**<br><br>*Defendant* | Civil Action No. CV-24-00553-PHX-JFM |

## AFFIDAVIT OF SERVICE

I, Susan Mazzotti , being duly sworn, state:

I am an Arizona private process server in good standing, PM693. I am 21 years or older and not a party to this action.

I served the following documents to Grand Canyon Education, Inc. in Maricopa County, AZ on March 19, 2024 at 2:03 pm at 8825 North 23rd Avenue, Phoenix, AZ 85021 by leaving the following documents with Kat Higgins who as SOP Coordinator is authorized by appointment or by law to receive service of process for Grand Canyon Education, Inc..

Complaint

White Female, est. age 25-34, glasses: Y, Blonde hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.5713486,-112.0738752
Photograph: See Exhibit 1


Total Cost: $106.00

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in | /s/ *Susan Mazzotti* |
|    Maricopa County   , | Signature |
|   AZ   on   3/20/2024  . | Susan Mazzotti |
| | +1 (520) 710-5562 |

