Derin B. Dickerson*
Grace Assaye*
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000
derin.dickerson@alston.com
grace.assaye@alston.com

*pro hac vice forthcoming*

Attorneys for Defendant Grand Canyon Education Inc.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meredith Evans, individually and on behalf of a class of all persons and entities similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>Grand Canyon Education Inc.<br><br>and<br><br>John Doe Corporation Identified As "Education Advisors,"<br><br>            Defendants. | Case No. 2:24-cv-00553-JFM<br><br>**STIPULATION TO EXTEND TIME FOR RESPONSE TO COMPLAINT (FIRST REQUEST)**<br><br>Complaint Filed: March 15, 2024<br>Current Response Date: April 9, 2024<br>New Response Date: April 23, 2024 |

WHEREAS, the Complaint (Dkt. 1) in this case was filed by Plaintiff Meredith Evans ("Evans") on March 15, 2024, and served (Dkt. 5) on Defendant Grand Canyon Education, Inc. ("GCE") on March 19, 2024.

WHEREAS, GCE's response to the Complaint is presently due 21 days after service, on April 9, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

WHEREAS, counsel for Defendant GCE was recently retained by GCE to investigate the allegations in the Complaint and prepare a response to them.

WHEREAS, Defendant GCE and Evans have agreed to a two-week extension of the time period in which GCE must file and serve its response to the Complaint, such that GCE will have until, through, and including April 23, 2024 to file and serve its response. *See* D. Ariz. Local Rule 7.3(a).

Therefore, IT IS HEREBY STIPULATED by and between the Parties Evans and GCE hereto through their respective undersigned legal counsel that:

Defendant GCE's response to the Complaint shall be filed and served on or before April 23, 2024.

The filer certifies that the content of this document is acceptable to all persons whose signatures appear on the document.

| | |
|---|---|
| Dated: April 5, 2024 | */s/ Derin B. Dickerson*<br>Derin B. Dickerson, GA Bar #220620*<br>Grace Assaye, NY Bar #5855945*<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, GA  30309-3424<br>* *pro hac vice forthcoming*<br><br>*Attorneys for Defendant*<br>*Grand Canyon Education Inc.* |
| Dated: April 5, 2024 | */s/ Anthony Paronich*<br>Anthony Paronich<br>Email: anthony@paronichlaw.com<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Telephone: (508) 221-1510<br>*Subject to Pro Hac Vice*<br><br>*Attorney for Plaintiff Meredith Evans* |