# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meredith Evans, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Grand Canyon Education Inc.<br><br>and<br><br>John Doe Corporation Identified As "Education Advisors,"<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-00553-JFM<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR RESPONSE TO COMPLAINT**<br><br>Complaint Filed: March 15, 2024<br>Current Response Date: April 9, 2024<br>New Response Date: April 23, 2024 |

　　The Parties Plaintiff Meredith Evans ("Plaintiff") and Defendant Grand Canyon Education Inc.'s ("GCE") Stipulation to Extend Time for Response to Complaint having come before the Court and good cause appearing therefor,

　　IT IS HEREBY ORDERED that the deadline for Defendant GCE to answer or respond to the Plaintiff's Complaint is extended by two weeks from April 9, 2024 to April 23, 2024.

　　　　　　DATED this _____ day of _____, 2024.


　　　　　　　　　　　　_____
　　　　　　　　　　　　Honorable James F. Metcalf
　　　　　　　　　　　　United States Magistrate Judge