# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Meredith Evans,<br>Plaintiff<br>-vs-<br>Grand Canyon Education Incorporated, et al.,<br>Defendants. | CV-24-0553-PHX-JFM<br><br>**Order** |

Defendant[1] seeks a 14-day, first extension of the April 9, 2024 deadline to answer or otherwise respond to the Complaint, citing as cause the recent retention of counsel. (Motion to Extend, Doc. 6.)  A timely motion to extend may be granted without motion or notice. Fed. R. Civ. P. 6(b).  A timely extension request may be granted upon a finding of good cause. *Id*.  The Court finds good cause.[2]

**IT IS THEREFORE ORDERED**: Defendant's Motion to Extend (Doc. 6) is **GRANTED**.  Defendant has through **April 23, 2024** to answer or otherwise respond to the Complaint.

Dated: April 8, 2024

James F. Metcalf
United States Magistrate Judge

24-0553-006o Order 24 04 05 on Motion to Extend.docx

---

[1] The motion purports to be a stipulated motion.  However, it includes a purported electronic signature by Plaintiff's counsel in the form "/s/ Anthony Paronich." Section II.C.3. of the District's Electronic Case Filing Administrative Policies Manual permits such signatures only in the form "s/ (name) with permission."

[2] This matter has been assigned to the undersigned magistrate judge pending consent to magistrate judge jurisdiction by the parties.  Consent of the parties has not yet been obtained.  Local Civil Rule 3.7(b) provides: "Prior to the completed consent or election forms being received by the Clerk of the Court, the assigned Magistrate Judge may act pursuant to 28 U.S.C. § 636(b)(1)(A)."  The instant motion is not dispositive, and thus within that authority.

- 1 -