# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meredith Evans, | NO. CV-24-00553-PHX-JFM |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| Grand Canyon Education Incorporated, et al., | |
| Defendant(s). | |

This action has been assigned to a United States Magistrate Judge pursuant to Local Rule 3.7(b) of the United States District Court for the District of Arizona. Each party is required to execute and file within fourteen days of its appearance either a written consent to the exercise of authority by the magistrate judge under 28 U.S.C. § 636(c), or a written election to have the action reassigned to a district judge. **Meredith Evans** appeared more than fourteen days ago but has not yet filed the required election form.

**IT IS ORDERED** that if **Meredith Evans** fails to file the appropriate election form by **5:00 p.m. on Thursday, April 25, 2024, Meredith Evans shall appear[1] before Chief Judge G. Murray Snow of the Phoenix Division of this Court in Courtroom No. 602, 6th Floor, at 9:00 a.m. on May 20, 2024** and show good cause for the failure to comply with Local Rule 3.7(b). The hearing before the Judge will be automatically vacated and the party need not appear if the party files a completed election

---

[1] Incarcerated parties shall appear telephonically and shall make arrangements for such appearance in advance of the hearing.

1

form by the 5:00 p.m. deadline set forth above. An additional copy of the election form is included with this Order.

**IT IS FURTHER ORDERED** that the assignment of this action to the Magistrate Judge remains in effect for all purposes pending completion of the election process. Involvement of Liaison Judge G. Murray Snow in this matter is limited to this show cause hearing, unless the magistrate judge assignment is ordered withdrawn pursuant to 28 U. S. C. § 636(b)(1)(A), at which time the case would be randomly reassigned to a district judge.

DEBRA D. LUCAS
District Court Executive/Clerk of Court

April 15, 2024

By   s/ M. Pruneau
     Deputy Clerk