Derin B. Dickerson*
Grace Assaye*
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000
derin.dickerson@alston.com
grace.assaye@alston.com

*Admitted *pro hac vice*

Attorneys for Defendant Grand Canyon Education Inc.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meredith Evans, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Grand Canyon Education Inc.<br><br>and<br><br>John Doe Corporation Identified As "Education Advisors,"<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-00553-JFM<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO F.R.C.P. RULE 12(B)(6)**<br><br>Oral Argument Requested |

**TO THE COURT, CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant Grand Canyon Education Inc. ("GCE") will, and hereby does, move to dismiss Plaintiff Meredith Evans' ("Plaintiff") Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6).

Pursuant to FRCP 12(b)(6), GCE moves to dismiss Plaintiff's Complaint with prejudice on the following grounds:

1) The claim in the Complaint arises solely from a series of phone calls Plaintiff alleges she received from Defendant John Doe Corporation Identified As "Education Advisors" ("Education Advisors"). Therefore, GCE is not directly liable for the calls complained of.

2) GCE is not vicariously liable for the calls Plaintiff alleges she received from Education Advisors because Plaintiff does not plead facts sufficient to demonstrate an agency relationship between GCE and Education Advisors under any legal theory.

This Motion is based on this Notice of Motion and Motion to Dismiss, the accompanying Memorandum of Law, and any oral or documentary evidence presented at the hearing on this Motion.

This Motion is made following a conference of counsel pursuant to the Court's Meet and Confer Requirement in Local Rule 12.1(c), which took place by e-mail on April 23, 2024. Defendant GCE notified Plaintiff of the issues asserted in this motion, and the Parties were unable to agree that the issues are curable.

Dated: April 23, 2024

Respectfully submitted,

**ALSTON & BIRD LLP**

/s/ Derin B. Dickerson
Derin B. Dickerson*
Grace Assaye*
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424

*Admitted *pro hac vice*

*Attorneys for Defendant
Grand Canyon Education Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2024, I caused a copy of the attached document entitled **NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO F.R.C.P. RULE 12(B)(6)** to be served upon the following counsel via the Court's CM/ECF system:

Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 508-221-1510
anthony@paronichlaw.com

Andrew Roman Perrong
Perrong Law LLC
2657 Mount Carmel Ave.
Glenside, PA 19038
215-225-5529
Fax: 888-329-0305
Email: a@perronglaw.com

Attorneys for Plaintiff


DATED:  April 23, 2024             /s/ *Derin B. Dickerson*
                                   Derin B. Dickerson