Derin B. Dickerson*
Grace Assaye*
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000
derin.dickerson@alston.com
grace.assaye@alston.com

*Admitted *pro hac vice*

Attorneys for Defendant Grand Canyon Education Inc.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meredith Evans, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Grand Canyon Education Inc.<br><br>and<br><br>John Doe Corporation Identified As "Education Advisors,"<br><br>Defendants. | Case No. 2:24-cv-00553-PHX-GMS<br><br>**DEFENDANT GRAND CANYON EDUCATION INC.'S MOTION FOR LEAVE TO FILE PHYSICAL EXHIBIT** |

Defendant Grand Canyon Education Inc. ("GCE") moves for leave to file a physical exhibit along with its Motion to Dismiss Plaintiff Meredith Evans' ("Plaintiff") Amended Complaint and states as follows:

1. Plaintiff filed an Amended Complaint on May 7, 2024, via Electronic Case Filing.

2. Defendant GCE will file its Motion to Dismiss Plaintiff's Amended Complaint on May 21, 2024, via Electronic Case Filing.

3. Referenced as Exhibit B in GCE's Motion is a certified transcript of one audio recording of Plaintiff's phone call with Defendant John Doe Corporation Identified As "Education Advisors" on February 14, 2024.

4. GCE seeks to submit the original audio recording on a CD-ROM, which is referenced as Exhibit A in the Motion.

5. The original audio recording is available as a .WAV audio file, which cannot be recorded to Portable Document Format and filed electronically.

WHEREFORE Defendant GCE respectfully requests that this Court grant leave to file with the Clerk's office a CD-ROM containing the audio recording referenced above.

Dated: May 21, 2024　　　　　　　　　　Respectfully submitted,

**ALSTON & BIRD LLP**

/s/ Derin B. Dickerson
Derin B. Dickerson, GA Bar #220620*
Grace Assaye, NY Bar #5855945*
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424

*Admitted *pro hac vice*

*Attorneys for Defendant*
*Grand Canyon Education Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2024, I caused a copy of the foregoing **MOTION FOR LEAVE TO FILE PHYSICAL EXHIBIT** to be served upon the following counsel via the Court's CM/ECF system:

Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 508-221-1510
anthony@paronichlaw.com

Andrew Roman Perrong
Perrong Law LLC
2657 Mount Carmel Ave.
Glenside, PA 19038
215-225-5529
Fax: 888-329-0305
Email: a@perronglaw.com

Attorneys for Plaintiff

DATED:  May 21, 2024           */s/ Derin B. Dickerson*
                               Derin B. Dickerson