# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meredith Evans, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Grand Canyon Education Inc.<br><br>and<br><br>John Doe Corporation Identified As "Education Advisors,"<br><br>　　　　　　Defendants. | Case No. 2:24-cv-00553-PHX-GMS<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE PHYSICAL EXHIBIT** |

Upon consideration of Defendant Grand Canyon Education Inc.'s Motion for Leave to File Physical Exhibit,

IT IS HEREBY ORDERED that the Motion is GRANTED.

DATED this _____ day of _____, 20_____.

_____

Chief Judge G. Murray Snow
United States District Judge