Derin B. Dickerson*
Grace Assaye*
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000
derin.dickerson@alston.com
grace.assaye@alston.com

*Admitted *pro hac vice*

Attorneys for Defendant Grand Canyon Education Inc.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meredith Evans, individually and on behalf of a class of all persons and entities similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>Grand Canyon Education Inc.<br><br>and<br><br>John Doe Corporation Identified As "Education Advisors,"<br><br>                              Defendants. | Case No. 2:24-cv-00553-PHX-GMS<br><br>**DECLARATION OF DERIN B. DICKERSON IN SUPPORT OF DEFENDANT GRAND CANYON EDUCATION INC.'S MOTION TO DISMISS THE AMENDED COMPLAINT** |

I, Derin B. Dickerson, state as follows.

1. I am over the age of majority and suffer from no legal infirmities. Unless otherwise indicated, the statements made herein are based on my own personal knowledge. I make this declaration in support of Defendant Grand Canyon Education Inc.'s ("GCE") Motion to Dismiss Plaintiff Meredith Evans' ("Plaintiff") Amended Complaint. If called as a witness, I could and would testify competently to the facts stated herein.

2. I am a partner of the law firm of Alston & Bird LLP and am one of the attorneys representing Defendant Grand Canyon Education Inc. ("GCE") in the above-captioned action.

3. Exhibit A is a CD-ROM containing the true and correct audio recording of Plaintiff's call with Defendant John Doe Corporation Identified As "Education Advisors" ("Education Advisors") on February 14, 2024. Because Exhibit A cannot be converted to Portable Document Format and filed electronically, GCE concurrently moves this court for leave to file Exhibit A as a physical exhibit.

4. Attached hereto as Exhibit B is a true and correct copy of the transcript for Plaintiff's call to Education Advisors on February 14, 2024, transcribed from the audio file (.WAV) in which it was originally recorded.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 21, 2024.

Dated: May 21, 2024

/s/ Derin B. Dickerson
Derin B. Dickerson*
Grace Assaye*
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424

*Admitted *pro hac vice*

*Attorneys for Defendant
Grand Canyon Education Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2024, I caused a copy of the attached document entitled **DECLARATION OF DERIN B. DICKERSON IN SUPPORT OF DEFENDANT GRAND CANYON EDUCATION INC.'S MOTION TO DISMISS THE AMENDED COMPLAINT** to be served upon the following counsel via the Court's CM/ECF system:

Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 508-221-1510
anthony@paronichlaw.com

Andrew Roman Perrong
Perrong Law LLC
2657 Mount Carmel Ave.
Glenside, PA 19038
215-225-5529
Fax: 888-329-0305
Email: a@perronglaw.com

Attorneys for Plaintiff

DATED:  May 21, 2024        /s/ *Derin B. Dickerson*
                            Derin B. Dickerson