# EXHIBIT A

---

**PLACEHOLDER FOR EXHIBIT SUBJECT TO DEFENDANT GCE'S CONCURRENTLY FILED MOTION FOR LEAVE TO FILE PHYSICAL EXHIBIT**