# EXHIBIT B

Transcription May 20, 2024
Evans, Meredith Vs. Grand Canyon Education Inc.
Page 1

MEREDITH EVANS

vs.

GRAND CANYON EDUCATION INC.

AUDIO TRANSCRIPT

(Transcription of an audio recording by Angela D. Richey, Court Reporter, ACCR No. 281)

-oOo-

Veritext Legal Solutions
800.808.4958 770.343.9696

AUDIO FILE: EDUCATION ADVISORS CALL RECORDING 2818DEA0

SAMANTHA: Hello. Good morning. My name is Samantha. I'm calling on behalf of Education Advisors on a recorded line. How are you doing today?

MEREDITH EVANS: I'm fine. How about you?

SAMANTHA: I'm doing lovely. Thank you. Yeah, so are you interested in exploring options for going back to school at this time?

MEREDITH EVANS: Yes, I am. I have a lot of missed calls from you guys. So I --

SAMANTHA: Uh-huh. Oh, I do apologize for the all the missed calls. Well, great news. We provide an education referral service and work with many schools with whom we have built a business relationship with. So let's see what school matches we have for you. Awesome. And so what programs are you interested in

                                                    studying?

MEREDITH EVANS: Psychology.

SAMANTHA: Psychology. And what made you interested in getting information about psychology?

MEREDITH EVANS: I took some courses in it before.

SAMANTHA: Okay. And did you enjoy it?

MEREDITH EVANS: Yes.

SAMANTHA: Awesome. Well, congratulations on that choice. And so I can search up to three different programs for you. Would you happen to have a second choice?

MEREDITH EVANS: Social work.

SAMANTHA: Social work. So something like maybe health and human services?

MEREDITH EVANS: Yeah.

SAMANTHA: Okay. Awesome. Well, congratulations on those choices. I just need to verify some information and ask a few quick questions so we can find the

schools that best fits your needs. So are you currently enrolled in school at this time?

MEREDITH EVANS: No, I'm not.

SAMANTHA: And are you a citizen of the United States?

MEREDITH EVANS: Yes.

SAMANTHA: And have you ever been affiliated with the U.S. Military?

MEREDITH EVANS: No, I haven't.

SAMANTHA: Okay. And what is your highest level of education you have already completed?

MEREDITH EVANS: A bachelor's.

SAMANTHA: Bachelor's degree. Awesome. And what year did you receive your high school diploma?

MEREDITH EVANS: In 2003.

SAMANTHA: Okay. And are you looking to take classes online, on campus or both?

MEREDITH EVANS: Both.

SAMANTHA: Both. And what -- I'm sorry. Both. Yeah. And so do you have

access to a computer with internet connection at home?

MEREDITH EVANS: Yes, I do.

SAMANTHA: Awesome. And so when do you plan ongoing back to school? Is that immediately, in the next one to three months, or the next four to six months?

MEREDITH EVANS: In the next one to three months.

SAMANTHA: Okay. And what level of degree are you looking to obtain?

MEREDITH EVANS: Master's.

SAMANTHA: Master's. Awesome. All right. And can I have a date of birth?

MEREDITH EVANS: ███ ███, 1985.

SAMANTHA: 1985. Awesome. Well, thank you for that. So now, we just need to confirm your contact information. Okay?

MEREDITH EVANS: Okay.

SAMANTHA: So I have your first name here as Meredith; is that right?

MEREDITH EVANS: Yes.

SAMANTHA: Awesome. And can I have a last name?

MEREDITH EVANS: Yes. It's Evans.

SAMANTHA: Evans, E-v-a-n-s?

MEREDITH EVANS: Yes.

SAMANTHA: Awesome. And I have your phone number here as (812)369-8701?

MEREDITH EVANS: Yes.

SAMANTHA: Awesome. And I have your email address here. Is it capital B, Bluestarmeredith@gmail.com?

MEREDITH EVANS: Yes.

SAMANTHA: Awesome. And can I have a ZIP code?

MEREDITH EVANS: 29203.

SAMANTHA: 29203. Awesome. And so that would put you at Columbia, South Carolina?

MEREDITH EVANS: Yes.

SAMANTHA: Awesome. And can I have either a P.O. Box or a physical address?

MEREDITH EVANS: 817 North Highland Forest Drive, Columbia, South Carolina

29203.

SAMANTHA: Did you say North Highland?

MEREDITH EVANS: Yes.

SAMANTHA: Awesome. And that's North Highland Drive, right?

MEREDITH EVANS: Yes.

SAMANTHA: Okay. So that's 817 North Highland Drive, Columbia, South Carolina 29203?

MEREDITH EVANS: Yes.

SAMANTHA: Awesome. So how's your day going so far?

MEREDITH EVANS: It's fine.

SAMANTHA: Awesome. So do you have any special plans for Valentine's Day today?

MEREDITH EVANS: I don't.

SAMANTHA: Okay. Well, mine is just basically maybe sitting in front of the TV with Netflix and my dog, so I have quite an evening today. Awesome. All right. And so, Meredith, I have a few schools

popping up here. But before that, I just want to say I hope the rest of your day is stress free and productive. Okay?

MEREDITH EVANS: All right.

SAMANTHA: Awesome. All right. And so I have a few schools popping up here. What I'm going to do is I'm going to tell you the name of the program, the name of the school, and then you're going to tell me which one catches your attention. Okay?

MEREDITH EVANS: Okay.

SAMANTHA: Awesome. And so for the psychology we're looking for in the master's, is it just any -- any programs, or were you more leaning towards somrthing more specific?

MEREDITH EVANS: Any.

SAMANTHA: Okay. All right. So I have a couple of them popping up. What I'm going to do is I'm going to try and shrink it down because it's a lot of programs. Okay? So I'm going to shrink

it down and give you the best ones that I can find. Okay? So here at the first school I have a master's of social work in advanced standings, a master's of social work, a master's in mental health and wellness with an emphasis in integrated health, a master's in mental health and wellness with an emphasis in family dynamics and a master's in mental health and wellness with an emphasis in community melt -- mental health administration. I do apologize for that. And I have a master's in mental health and wellness with an emphasis in grief and bereavement. All right. So far, did any one of those programs catch your attention?

MEREDITH EVANS: Was it -- did you say there was, like, a general mental health and wellness?

SAMANTHA: If I have that, general mental health and wellness? Hi, Meredith. Can you hear me?

MEREDITH EVANS: Yes, I am here.

SAMANTHA: Yeah. Yeah, I do have a master's in mental health and wellness.

MEREDITH EVANS: Okay. That one would be fine.

SAMANTHA: Okay. All right. I have another school here at this time. So at this time they're offering a master's in general psychology, a master's in -- one quick second -- in forensic psychology and a master's in health and -- I'm sorry -- in court psychology and a master's in -- a master's of science in child and adolescent developmental psychology and a master's of science in clinical mental health -- I'm sorry -- master's in science and clinical mental health counseling and a master's of science in health psychology. So did any one of those programs catch your attention?

MEREDITH EVANS: Forensic.

SAMANTHA: Okay. The forensic psychology?

MEREDITH EVANS: Uh-huh.

SAMANTHA: Okay. Awesome. And I do have one more school here. And at this time, it has -- oh, I'm sorry. I thought it had that one program, but it does not. Okay. Well, the other programs that I do have here in social work, that was in a master's, but you've kind of already skipped that one. All right. So are those two schools okay for you?

MEREDITH EVANS: Yeah, that's fine.

SAMANTHA: Okay. Not a problem. All right. So well, let me repeat the programs that I do have here for you. Okay? So here, I have Grand Canyon University. At this time, they're offering a master's in mental health and wellness. Are you interested in receiving information about this program?

MEREDITH EVANS: Yes.

SAMANTHA: Great. And here, I have National University. At this time, it's available online, and they're offering a master's in forensic psychology. Are you

interested in receiving information about this program as well?

MEREDITH EVANS: Yes, I am.

SAMANTHA: Great. I'm going to submit your information to those schools, but before I do, I need to read a statement. Once I have finished reading it in full, please reply with an affirmative yes. Does Grand Canyon University and National University online have your consent to contact you by telephone, email or text message at the landline or wireless phone number provided regarding educational services? Do you understand that these calls may be prerecorded messages and/or generated using automated dialing technology? Messaging data rates may apply. You are not required to give consent to purchase goods or services from these schools. This is simply for these schools to contact you. You may withdraw your consent any time. And so, Meredith, is

that a yes?

MEREDITH EVANS: Yes.

SAMANTHA: Fantastic. Your information was submitted successfully to Grand Canyon University for the master's in mental health and wellness and to National University online for the master's in forensic psychology. They will be getting in contact with you later to give you more information about those programs. Okay?

MEREDITH EVANS: Okay.

SAMANTHA: Awesome. Thank you so much for taking my phone call this morning. Well, thank you so much for calling back. And I do want to wish you a happy Valentine's Day today. Okay?

MEREDITH EVANS: Okay. Thank you.

SAMANTHA: Awesome. Thank you so much. You have a great one. Bye.

MEREDITH EVANS: Bye.

(AUDIO CONCLUDED)

C E R T I F I C A T E

STATE OF ALABAMA:

I do hereby certify that the above proceedings were taken down in stenotype and transcribed by me using computer-aided transcription from an audio recording and that the foregoing is a true and accurate transcript of said proceedings to the best of my ability as therein set out.

I do further certify that I am neither of kin nor of counsel to any of the parties to said cause, nor in any way interested in the results thereof.

I further certify that I am duly licensed by the Alabama Board of Court Reporting as a Certified Court Reporter.

So certified this 21st day of May 2024.

Angela D. Richey, ACCR #281
Certified Court Reporter

**1**

**18432** 14:22
**1985** 5:15,16

**2**

**2003** 4:18
**2024** 14:20
**21st** 14:19
**281** 1:21 14:22
**2818dea0** 2:2
**29203** 6:15,16 7:1,10

**3**

**369-8701** 6:7

**8**

**812** 6:7
**817** 6:22 7:8

**9**

**9th** 5:15

**a**

**ability** 14:10
**above** 14:5
**access** 5:1
**accr** 1:21 14:22
**accurate** 14:9
**address** 6:10,21
**administration** 9:11
**adolescent** 10:13
**advanced** 9:4
**advisors** 2:1,5
**affiliated** 4:9
**affirmative** 12:9
**aided** 14:7
**alabama** 14:3 14:17
**angela** 1:20 14:22
**apologize** 2:17 9:12
**apply** 12:18
**attention** 8:10 9:16 10:19
**audio** 1:9,20 2:1 13:22 14:8
**automated** 12:17
**available** 11:22
**awesome** 2:22 3:11,20 4:16 5:4,13,16 6:1,6 6:9,13,16,20 7:5,12,15,22 8:5,13 11:1 13:13,19

**b**

**b** 6:10
**bachelor's** 4:14 4:15
**back** 2:11 5:5 13:16
**basically** 7:20
**behalf** 2:4
**bereavement** 9:14
**best** 4:1 9:1 14:10
**birth** 5:14
**bluestarmere...** 6:11
**board** 14:17
**box** 6:21
**built** 2:20
**business** 2:20
**bye** 13:20,21

**c**

**c** 14:1,1
**call** 2:1 13:14
**calling** 2:4 13:16
**calls** 2:14,17 12:15
**campus** 4:20
**canyon** 1:7 11:14 12:9 13:5
**capital** 6:10
**carolina** 6:18 6:23 7:9
**catch** 9:16 10:19
**catches** 8:10
**cause** 14:14
**certified** 14:18 14:19,23
**certify** 14:5,12 14:16
**child** 10:12
**choice** 3:12,15
**choices** 3:21
**citizen** 4:5
**classes** 4:20
**clinical** 10:14 10:16
**code** 6:14
**columbia** 6:17 6:23 7:9
**community** 9:10
**completed** 4:13
**computer** 5:1 14:7
**concluded** 13:22
**confirm** 5:18
**congratulations** 3:12,21
**connection** 5:2
**consent** 12:11 12:19,23
**contact** 5:18 12:11,22 13:9
**counsel** 14:13
**counseling** 10:16
**couple** 8:20
**courses** 3:6
**court** 1:21 10:11 14:17,18 14:23
**currently** 4:2

**d**

**d** 1:21 14:22
**data** 12:18
**date** 5:14
**day** 7:13,16 8:2 13:17 14:19
**degree** 4:15 5:11
**developmental** 10:13
**dialing** 12:17
**different** 3:13
**diploma** 4:17
**dog** 7:21
**doing** 2:6,9
**drive** 6:23 7:6,9
**duly** 14:16
**dynamics** 9:9

**e**

**e** 6:4 14:1,1
**education** 1:7 2:1,5,18 4:12
**educational** 12:14
**either** 6:21
**email** 6:10 12:12
**emphasis** 9:6,8 9:10,14
**enjoy** 3:8
**enrolled** 4:2
**evans** 1:5 2:7 2:13 3:2,6,10 3:16,19 4:4,7 4:10,14,18,21 5:3,8,12,15,20 5:23 6:3,3,4,5,8 6:12,15,19,22 7:4,7,11,14,18 8:4,12,18 9:17 9:23 10:3,20 10:23 11:10,19 12:3 13:2,12 13:18,21
**evening** 7:22
**exploring** 2:11

**f**

**f** 14:1
**family** 9:8
**fantastic** 13:3
**far** 7:13 9:15
**file** 2:1
**find** 3:23 9:2
**fine** 2:7 7:14 10:4 11:10
**finished** 12:7
**first** 5:21 9:2
**fits** 4:1
**foregoing** 14:9
**forensic** 10:9 10:20,21 11:23 13:8
**forest** 6:23
**four** 5:7
**free** 8:3
**front** 7:20
**full** 12:8
**further** 14:12 14:16

**g**

**general** 9:18,20 10:8
**generated** 12:16
**getting** 3:4 13:9
**give** 9:1 12:19 13:10
**gmail.com** 6:11
**going** 2:11 7:13 8:7,7,9,21,21 8:23 12:4
**good** 2:3
**goods** 12:20
**grand** 1:7 11:14 12:9 13:5
**great** 2:18 11:20 12:4 13:20
**grief** 9:14
**guys** 2:14

**h**

**happen** 3:14
**happy** 13:17
**health** 3:18 9:5 9:7,7,9,11,13 9:19,21 10:2 10:10,15,16,17 11:16 13:6
**hear** 9:22
**hello** 2:3
**hi** 9:21
**high** 4:17
**highest** 4:12
**highland** 6:22 7:3,6,9
**home** 5:2
**hope** 8:2
**how's** 7:12
**huh** 2:16 10:23
**human** 3:18

**i**

**immediately** 5:6
**information** 3:4,22 5:18 11:18 12:1,5 13:4,10
**integrated** 9:6
**interested** 2:10 2:23 3:4 11:17 12:1 14:15
**internet** 5:1

**k**

**kin** 14:13
**kind** 11:7

**l**

**landline** 12:13
**leaning** 8:16
**level** 4:12 5:10
**licensed** 14:17
**line** 2:5
**looking** 4:19 5:11 8:14
**lot** 2:14 8:22
**lovely** 2:9

**m**

**made** 3:3
**master's** 5:12 5:13 8:15 9:3,4 9:5,7,9,13 10:2 10:7,8,10,11,12 10:14,15,17 11:7,16,23 13:5,8
**matches** 2:22
**melt** 9:11
**mental** 9:5,7,9 9:11,13,18,21 10:2,14,16 11:16 13:6
**meredith** 1:5 2:7,13 3:2,6,10 3:16,19 4:4,7 4:10,14,18,21 5:3,8,12,15,20 5:22,23 6:3,5,8 6:12,15,19,22 7:4,7,11,14,18 7:23 8:4,12,18 9:17,21,23 10:3,20,23 11:10,19 12:3 12:23 13:2,12 13:18,21
**message** 12:12
**messages** 12:16
**messaging** 12:18
**military** 4:9
**mine** 7:19
**missed** 2:14,17
**months** 5:7,7,9
**morning** 2:3 13:15

**n**

**n** 6:4
**name** 2:4 5:21 6:2 8:8,8
**national** 11:21 12:10 13:7
**need** 3:22 5:17 12:6
**needs** 4:1
**neither** 14:13
**netflix** 7:21
**news** 2:18
**north** 6:22 7:2 7:5,8
**number** 6:7 12:13

**o**

**obtain** 5:11
**offering** 10:7 11:16,22
**oh** 2:16 11:3
**okay** 3:8,20 4:11,19 5:10 5:19,20 7:8,19 8:3,11,12,19,23 9:2 10:3,5,21 11:1,5,9,11,14 13:11,12,17,18
**once** 12:7
**ones** 9:1
**ongoing** 5:5
**online** 4:20 11:22 12:10 13:7
**ooo** 1:22
**options** 2:11

**p**

**p.o.** 6:21
**parties** 14:14
**phone** 6:7 12:13 13:14
**physical** 6:21
**plan** 5:5
**plans** 7:16
**please** 12:8
**popping** 8:1,6 8:20
**prerecorded** 12:16
**problem** 11:11
**proceedings** 14:6,10
**productive** 8:3
**program** 8:8 11:4,18 12:2
**programs** 2:23 3:13 8:15,23 9:16 10:19 11:5,13 13:11
**provide** 2:18
**provided** 12:13
**psychology** 3:2 3:3,5 8:14 10:8 10:9,11,13,18 10:22 11:23 13:8
**purchase** 12:19
**put** 6:17

**q**

**questions** 3:23
**quick** 3:23 10:9
**quite** 7:21

**r**

**r** 14:1
**rates** 12:18
**read** 12:6
**reading** 12:7
**receive** 4:16
**receiving** 11:17 12:1
**recorded** 2:5
**recording** 1:20 2:1 14:8
**referral** 2:19
**regarding** 12:14
**relationship** 2:21
**repeat** 11:12
**reply** 12:8
**reporter** 1:21 14:18,23
**reporting** 14:18
**required** 12:19
**rest** 8:2

**results** 14:15
**richey** 1:21 14:22
**right** 5:14,22 7:6,22 8:4,5,19 9:15 10:5 11:8 11:12

**s**

**s** 6:4
**samantha** 2:3,4 2:9,16 3:3,8,11 3:17,20 4:5,8 4:11,15,19,22 5:4,10,13,16,21 6:1,4,6,9,13,16 6:20 7:2,5,8,12 7:15,19 8:5,13 8:19 9:20 10:1 10:5,21 11:1 11:11,20 12:4 13:3,13,19
**school** 2:11,22 4:2,17 5:5 8:9 9:3 10:6 11:2
**schools** 2:20 4:1 7:23 8:6 11:9 12:5,20 12:21
**science** 10:12 10:14,15,17
**search** 3:13
**second** 3:15 10:9
**see** 2:21
**service** 2:19
**services** 3:18 12:14,20
**set** 14:11
**shrink** 8:22,23
**signature** 14:22
**simply** 12:21
**sitting** 7:20
**six** 5:7
**skipped** 11:8
**social** 3:16,17 9:3,4 11:6
**somrthing** 8:16
**sorry** 4:23 10:10,15 11:3
**south** 6:17,23 7:9
**special** 7:16
**specific** 8:17
**standings** 9:4
**state** 14:3
**statement** 12:7
**states** 4:6
**stenotype** 14:6
**stress** 8:3
**studying** 3:1
**submit** 12:5
**submitted** 13:4
**successfully** 13:4

**t**

**t** 14:1,1
**take** 4:20
**taken** 14:6
**technology** 12:17
**telephone** 12:12
**tell** 8:7,9
**text** 12:12
**thank** 2:9 5:17 13:13,15,18,19
**thereof** 14:15
**thought** 11:3
**three** 3:13 5:6,9
**time** 2:12 4:3 10:6,7 11:3,15 11:21 12:23
**today** 2:6 7:17 7:22 13:17
**took** 3:6
**towards** 8:16
**transcribed** 14:7
**transcript** 1:9 14:9
**transcription** 1:20 14:8
**true** 14:9
**try** 8:21
**tv** 7:20
**two** 11:9

**u**

**u.s.** 4:9
**uh** 2:16 10:23
**understand** 12:15
**united** 4:6
**university** 11:15,21 12:10 12:10 13:5,7
**using** 12:17 14:7

**v**

**v** 6:4
**valentine's** 7:16 13:17
**verify** 3:22
**vs** 1:6

**w**

**want** 8:2 13:16
**way** 14:14
**wellness** 9:6,8 9:10,13,19,21 10:2 11:17 13:6
**wireless** 12:13
**wish** 13:16
**withdraw** 12:22
**work** 2:19 3:16 3:17 9:3,5 11:6

**y**

**yeah** 2:10 3:19 4:23 10:1,1 11:10
**year** 4:16

**z**

**zip** 6:14