Derin B. Dickerson*
Grace Assaye*
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000
derin.dickerson@alston.com
grace.assaye@alston.com

*Admitted *pro hac vice*

Attorneys for Defendant Grand Canyon Education Inc.

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meredith Evans, individually and on behalf of a class of all persons and entities similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>Grand Canyon Education Inc.<br><br>and<br><br>John Doe Corporation Identified As "Education Advisors,"<br><br>  Defendants. | Case No. 2:24-cv-00553-PHX-GMS<br><br>**LOCAL RULE 12.1 CERTIFICATION OF COUNSEL IN SUPPORT OF DEFENDANT GRAND CANYON EDUCATION INC.'S RULE 12(b)(6) MOTION TO DISMISS THE AMENDED COMPLAINT** |

I, Derin Dickerson, state as follows.

1.  I am a partner of the law firm of Alston & Bird LLP and am one of the attorneys representing Defendant Grand Canyon Education Inc. ("GCE") in the above-captioned action.

2.  Pursuant to Local Rule Civ. 12.1(c), I hereby declare and certify that, before filing the accompanying Notice of Motion and Motion to Dismiss by GCE (the "Motion"), my colleague and I notified counsel for Plaintiff Meredith Evans ("Plaintiff") of GCE's intent to file the instant motion to dismiss.

3.  Specifically, on May 21, 2024, my office sent an email to Plaintiff's counsel discussing the issues asserted in the Motion and the deficiencies of Plaintiff's Amended Complaint. The parties were unable to agree that the pleading was curable in any part by a permissible amendment.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 21, 2024.

Dated: May 21, 2024

/s/ Derin B. Dickerson
Derin B. Dickerson*
Grace Assaye*
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424

*Admitted *pro hac vice*

*Attorneys for Defendant*
*Grand Canyon Education Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2024, I caused a copy of the attached document entitled **LOCAL RULE 12.1 CERTIFICATION OF COUNSEL IN SUPPORT OF DEFENDANT GRAND CANYON EDUCATION INC.'S RULE 12(B)(6) MOTION TO DISMISS THE AMENDED COMPLAINT** to be served upon the following counsel via the Court's CM/ECF system:

Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 508-221-1510
anthony@paronichlaw.com

Andrew Roman Perrong
Perrong Law LLC
2657 Mount Carmel Ave.
Glenside, PA 19038
215-225-5529
Fax: 888-329-0305
Email: a@perronglaw.com

Attorneys for Plaintiff

DATED: May 21, 2024       */s/ Derin B. Dickerson*
                          Derin B. Dickerson