Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510

*Attorney for Plaintiff, others listed below.*

**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF ARIZONA**

_____

| | |
|---|---|
| Meredith Evans, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Grand Canyon Education Inc.<br><br>and<br><br>John Doe Call Centre Identified As "Education Advisors"<br><br>Defendants. | Case No. 2:24-cv-00553-JFM<br><br>**MOTION FOR EXTENSION OF TIME** |

| | |
|---|---|
| 1 | The undersigned counsel for Plaintiff respectfully moves this Court for an extension of time, up to and including June 11, to respond to the Defendant's Motion to Dismiss. The reason for the extension is a number of impending deadlines, including those with reduced notice. Counsel for Plaintiff has conferred with counsel for the Defendant, who notes that they do not oppose the relief requested. |

Dated:  May 28, 2024

Respectfully Submitted,
*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
*Subject to Pro Hac Vice*

[This page intentionally blank for pleading paper purposes – remove from PDF]