# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meredith Evans,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Grand Canyon Education Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-24-00553-PHX-GMS<br><br>**ORDER** |

Before the Court is Defendant Grand Canyon Education, Inc.'s Motion for Leave to File Physical Exhibit (Doc. 22).

**IT IS ORDERED** granting Defendant Grand Canyon Education, Inc.'s Motion for Leave to File Physical Exhibit (Doc. 22).

**IT IS FURTHER ORDERED** Defendant Grand Canyon Education, Inc., submit the original audio recording as referenced as Exhibit A to it's Motion to Dismiss (Doc. 23-3) on a CD-ROM.

Dated this 29th day of May, 2024.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge