# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meredith Evans,<br><br>    Plaintiff,<br><br>v.<br><br>Grand Canyon Education Incorporated, et al.,<br><br>    Defendants. | No. CV-24-00553-PHX-GMS<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Extension of Time (Doc. 25).

**IT IS ORDERED** granting Plaintiff's Motion for Extension of Time (Doc. 25).

**IT IS FURTHER ORDERED** Plaintiff shall have up to and including **June 11, 2024**, to respond to Defendant's Motion to Dismiss (Doc.23).

**IT IS FURTHER ORDERED** the parties shall use the above-case number for all future filings.

Dated this 29th day of May, 2024.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge