Derin B. Dickerson*
Grace Assaye*
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000
derin.dickerson@alston.com
grace.assaye@alston.com

*Admitted *pro hac vice*

Attorneys for Defendant Grand Canyon Education Inc.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meredith Evans, individually and on behalf of a class of all persons and entities similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Grand Canyon Education Inc. <br><br> and <br><br> John Doe Corporation Identified As "Education Advisors," <br><br> Defendants. | Case No. 2:24-cv-00553-GMS <br><br> **INDEX AND NOTICE OF FILING PHYSICAL EXHIBIT** |

Defendant Grand Canyon Education Inc. ("GCE"), pursuant to the Court's May 29, 2024 Order (Doc. 26), hereby submits this Index and Notice of Filing Physical Exhibit. Filed herewith is a CD-ROM containing an audio file supporting GCE's Motion to Dismiss the Amended Complaint:

| CD-ROM | Original audio recording of Plaintiff Meredith Evans' phone call with Defendant |
|---|---|

| | John Doe Corporation Identified As "Education Advisors" on February 14, 2024, attached as Exhibit A to the Declaration of Derin Dickerson in support of GCE's Motion to Dismiss the Amended Complaint (Doc. 23). |
|---|---|

The CD-ROM containing the audio recording cited as Exhibit A will be filed with the Clerk's Office in its physical format. Physical copies of the audio recording cited as Exhibit A will be served on all counsel of record concurrently.

Dated: May 29, 2024

Respectfully submitted,

**ALSTON & BIRD LLP**

*/s/ Derin B. Dickerson*
Derin B. Dickerson, GA Bar #220620*
Grace Assaye, NY Bar #5855945*
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424

*Admitted *pro hac vice*

*Attorneys for Defendant*
*Grand Canyon Education Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2024, I caused a copy of the foregoing **INDEX AND NOTICE OF FILING PHYSICAL EXHIBIT** to be served upon the following counsel via the Court's CM/ECF system:

Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 508-221-1510
anthony@paronichlaw.com

Andrew Roman Perrong
Perrong Law LLC
2657 Mount Carmel Ave.
Glenside, PA 19038
215-225-5529
Fax: 888-329-0305
Email: a@perronglaw.com

Attorneys for Plaintiff

DATED:  May 29, 2024              */s/ Derin B. Dickerson*
                                  Derin B. Dickerson