Derin B. Dickerson*
Grace Assaye*
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000
derin.dickerson@alston.com
grace.assaye@alston.com

*Admitted *pro hac vice*

Attorneys for Defendant Grand Canyon Education Inc.

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meredith Evans, individually and on behalf of a class of all persons and entities similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>Grand Canyon Education Inc.<br><br>and<br><br>John Doe Corporation Identified As "Education Advisors,"<br><br>                    Defendants. | Case No. 2:24-cv-00553-GMS<br><br>**CONSENT MOTION FOR EXTENSION OF TIME (FIRST REQUEST)** |

      Defendant Grand Canyon Education Inc. ("GCE") moves for an extension of time to file its Reply in support of its Motion to Dismiss Plaintiff Meredith Evans' ("Plaintiff") Amended Complaint and states as follows:

      1.      GCE filed its Motion to Dismiss the Amended Complaint, Dkt. 23, on May 21, 2024.

2. Plaintiff filed her Opposition to GCE's Motion to Dismiss, Dkt. 29, on June 10, 2024.

3. GCE's Reply in support of its Motion to Dismiss the Amended Complaint is presently due 7 days from filing of Plaintiff's Opposition, on June 17, 2024.

4. GCE and Plaintiff have agreed to a two-week extension of the time period in which GCE must file its Reply in support of its Motion to Dismiss the Amended Complaint, such that GCE will have until, through, and including July 1, 2024 to file and serve its Reply. *See* D. Ariz. Local Rule 7.3(b).

5. The requested extension is necessary to give GCE sufficient time to analyze the arguments in Plaintiff's opposition and is necessary because counsel for GCE has several pending deadlines in other matters over the course of the next two weeks. This extension is not being sought for any improper purpose.

Defendant GCE respectfully requests that this Court grant a two-week extension of time for GCE to file its Reply, until, through, and including July 1, 2024.

Dated: June 10, 2024

Respectfully submitted,

**ALSTON & BIRD LLP**

*/s/ Derin B. Dickerson*
Derin B. Dickerson, GA Bar #220620*
Grace Assaye, NY Bar #5855945*
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424

*Admitted *pro hac vice*

*Attorneys for Defendant*
*Grand Canyon Education Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2024, I caused a copy of the foregoing **CONSENT MOTION FOR EXTENSION OF TIME** to be served upon the following counsel via the Court's CM/ECF system:

Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 508-221-1510
anthony@paronichlaw.com

Andrew Roman Perrong
Perrong Law LLC
2657 Mount Carmel Ave.
Glenside, PA 19038
215-225-5529
Fax: 888-329-0305
Email: a@perronglaw.com

Attorneys for Plaintiff

DATED: June 10, 2024        /s/ *Derin B. Dickerson*
                             Derin B. Dickerson