# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meredith Evans, | No. CV-24-00553-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Grand Canyon Education Incorporated, et al., | |
| Defendants. | |

Before the Court is Defendant Grand Canyon Education Inc.'s Consent Motion for Extension of Time (Doc. 30).

**IT IS ORDERED** granting is Defendant Grand Canyon Education Inc.'s Consent Motion for Extension of Time (Doc. 30).

**IT IS FURTHER ORDERED** Defendant Grand Canyon Education Inc., shall have to and including July 1, 2024 within which to file it's Reply in support of its Motion to Dismiss.

Dated this 12th day of June, 2024.

G. Murray Snow

G. Murray Snow
Chief United States District Judge