# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meredith Evans,<br><br>    Plaintiff,<br><br>v.<br><br>Grand Canyon Education Incorporated, et al.,<br><br>    Defendants. | No. CV-24-00553-PHX-GMS<br><br>**ORDER** |

**IT IS HEREBY ORDERED** setting this matter for oral argument on Defendant Grand Canyon Education Inc's Motion to Dismiss Complaint (Doc. 13) and Motion to Dismiss the Amended Complaint Pursuant to F.R.C.P. Rule 12(b)(6) (Doc. 23) for **October 23, 2024 at 2:00 p.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 West Washington Street, Phoenix, AZ 85003. Each party shall have 15 minutes to argue their position.

Dated this 23rd day of September, 2024.

_____
G. Murray Snow
Chief United States District Judge