# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meredith Evans, | No. CV-24-00553-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Grand Canyon Education Incorporated, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 34). Defendant's Motion to Dismiss Plaintiff's Complaint was filed on April 23, 2024 and the motion is fully briefed with oral argument set for October 23, 2024.

The parties must file a Stipulation for Dismissal and proposed ordered as opposed to a Notice of Voluntary Dismissal.

**IT IS ORDERED** affirming the Court's Order Setting Oral Argument (Doc. 33).

Dated this 7th day of October, 2024.

_____
G. Murray Snow
Chief United States District Judge