Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510

*Attorney for Plaintiff, others listed below.*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meredith Evans, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Grand Canyon Education Inc.<br><br>and<br><br>John Doe Call Centre Identified As "Education Advisors"<br><br>Defendants. | №. CV-24-00553-PHX-GMS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

It is agreed as between Plaintiff Meredith Evans, by her undersigned counsel, and Defendant Grand Canyon Education Inc., that this action is to be voluntarily dismissed, without prejudice, with each party to bear its own fees and costs, pursuant to Rules 41(a)(1)(A)(i) and (ii) of the FEDERAL RULES OF CIVIL PROCEDURE.

Dated: October 8, 2024

Respectfully Submitted,

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
*Pro Hac Vice*


*/s/ Derin B. Dickerson*
Derin B. Dickerson, GA Bar #220620*
Grace Assaye, NY Bar #5855945*
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424
*Admitted *pro hac vice*

*Attorneys for Defendant*
*Grand Canyon Education Inc.*


**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: October 8, 2024

2

Respectfully Submitted,

/s/ *Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
*Pro Hac Vice*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28