# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meredith Evans, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br><br>Grand Canyon Education Inc.<br><br>and<br><br>John Doe Call Centre Identified As "Education Advisors"<br><br>　　　　　Defendants. | №. CV-24-00553-PHX-GMS<br><br><br>**[PROPOSED] ORDER ON STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

This matter is dismissed, without prejudice, with each party to bear its own fees and costs, pursuant to Rules 41(a)(1)(A)(i) and (ii) of the FEDERAL RULES OF CIVIL PROCEDURE.


　　DATED: _____　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT