# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meredith Evans,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Grand Canyon Education Incorporated, et al.,<br><br>　　　　　　Defendants. | No. CV-24-00553-PHX-GMS<br><br>**ORDER** |

　　　　Before the Court is the parties' Stipulation of Voluntary Dismissal Without Prejudice (Doc. 36).

　　　　**IT IS ORDERED** granting the parties' Stipulation of Voluntary Dismissal Without Prejudice (Doc. 36).

　　　　**IT IS FURTHER ORDERED** denying all pending motions as moot and vacating the oral argument set for October 23, 2024.

　　　　**IT IS FURTHER ORDERED** this matter is dismissed, without prejudice, with each party to bear its own fees and costs.

　　　　Dated this 8th day of October, 2024.

_____
G. Murray Snow
Chief United States District Judge